BEFORE THE SECOND DIVISION, JUNE 25, 1968

**No. P68/279.**—John A. Steer Company *v.* United States, protests 62/9913, etc. (Philadelphia).

RAO, C. J.  In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of battery-operated

blinker lanterns similar in all material respects to those the subject of *John A. Steer Company* v. *United States* (53 Cust. Ct. 229, Abstract 68673), the claim of the plaintiff was sustained.